

# THE ATTORNEY GENERAL

## OF TEXAS

### AUSTIN 11, TEXAS

**JOHN BEN SHEPPERD**
ATTORNEY GENERAL

February 19, 1953

Hon. Arthur H. Van Slyke      Opinion No. S-08
County Attorney
Fort Bend County              Re: Authority of the commis-
Richmond, Texas                   sioners' court to fix an
                                  additional compensation or
                                  expense allowance from
                                  funds of Fort Bend County
                                  Drainage District for
                                  added duties the commis-
                                  sioners perform on drainage
Dear Sir:                         district matters.

        Your request for an opinion of this office reads
in part as follows:

        "The Honorable Commissioners' Court of
    Fort Bend County, Texas, has asked this of-
    fice to request an opinion of your office
    as to whether or not the Fort Bend County
    Drainage District may pay a monthly sum, to
    be fixed by said County Commissioners' Court
    to said County Commissioners either as a
    salary or as travel allowance and expense to
    said Commissioners for duties performed on
    said drainage district matters."

        The Texas courts have repeatedly held that the
commissioners' court is a court of limited jurisdiction
and has only such powers as are conferred upon it, either
by express terms or by necessary implication, by the
statutes and Constitution of Texas. Childress Co. v.
State, 127 Tex. 343, 92 S.W.2d 1011 (1936); Von Rosenberg
v. Lovett, 173 S.W. 508 (Tex.Civ.App. 1915 error ref.);
Roper v. Hall, 280 S.W. 289 (Tex.Civ.App. 1925).

        In 34 Texas Jurisprudence 531, Public Officers,
Section 116, it is stated:

        "An officer is not entitled to any com-
    pensation in addition to that which has been
    fixed by law for the performance of the
    duties of his office, even though the com-
    pensation so fixed is unreasonable or inade-

quate. He may be required by law to perform specific services or discharge additional duties for which no compensation is provided. The obligation to perform such services is imposed as an incident to the office, and the officer by his acceptance thereof is deemed to have engaged to perform them without compensation."

Chapter 303, Acts 51st Legislature, Regular Session, 1949, page 550, created the Fort Bend County Drainage District, and the commissioners' court was required to assume administrative powers and control over the district. We find no provision in the act creating this district that would authorize the commissioners court to fix an additional compensation or expense allowance from the funds of Fort Bend County Drainage District for added duties the commissioners perform on drainage district matters. Therefore, your question is answered in the negative.

### SUMMARY

The commissioners' court has no authority to fix an additional compensation or expense allowance from funds of Fort Bend County Drainage District for added duties the commissioners perform on drainage district matters.

Yours very truly,

APPROVED:

JOHN BEN SHEPPERD
Attorney General

J. C. Davis, Jr.
County Affairs Division

C. K. Richards
Reviewer

By B. Duncan Davis

B. Duncan Davis
Assistant

Robert S. Trotti
First Assistant

BDD:am